IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                              PLAINTIFF

      v.                                Civil No. 15-2017

DRUG ENFORCEMENT AGENCY;
FEDERAL BUREAU OF NARCOTICS;
and ALL ARKANSAS POLICE DEPARTMENTS                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

By order entered on January 20, 2015 (Doc. 3), the Plaintiff was directed to file an amended complaint by January 30, 2015. On January 28, 2015, Plaintiff filed a motion for an extension of time to file the amended complaint (Doc. 5). The motion was granted (Doc. 6) and Plaintiff given until February 23, 2015, to file his amended complaint.

To date, Plaintiff has not filed the amended complaint. He has not requested additional time to file the complaint. Plaintiff has not communicated with the Court in anyway since January 28, 2015.

Therefore, I recommend that this case be dismissed based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of March, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE