IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                                    PLAINTIFF

v.                                    Case No. 2:15-CV-02017

DRUG ENFORCEMENT AGENCY; FEDERAL BUREAU
OF NARCOTICS; and ALL ARKANSAS STATE POLICE
DEPARTMENTS                                                                              DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 8) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of April, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE