IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                      PLAINTIFF

v.                                        Case No. 2:15-CV-02017

DRUG ENFORCEMENT AGENCY; FEDERAL BUREAU
OF NARCOTICS; and ALL ARKANSAS STATE POLICE
DEPARTMENTS                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and

ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 14th day of April, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE